View Case Docket Information

Print

# CASE INFORMATION

## Docket Information

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 02/19/19 | D | NT | NOTICE OF APPEARANCE, FILED DEFENDANT(S) ANJ, LLC(D1), EML EXPRESS, INC(D2) and ANTONIO NOGUEIRA(D3) JORDAN C. HETTRICH 0091744. ENTRY OF APPEARANCE | 📄 |
| 02/16/19 | N/A | SR | FX RECEIPT NO. 37686730 RETURNED 2/7/2019 FAILURE OF SERVICE ON PARTY NOGUEIRA/ANTONIO/ - BAD ADDRESS AFTER 8 DAYS | |
| 02/09/19 | N/A | SR | FEDEX RECEIPT NO. 37686729 DELIVERED BY FEDEX 02/08/2019 EML EXPRESS, INC PROCESSED BY COC 02/09/2019. | |
| 02/08/19 | N/A | SR | FEDEX RECEIPT NO. 37686728 DELIVERED BY FEDEX 02/07/2019 ANJ, LLC PROCESSED BY COC 02/08/2019. | |
| 02/07/19 | N/A | JE | ATTORNEY TAYFEL'S MOTION TO WITHDRAW AS PLAINTIFFS' ATTORNEY, FILED 02/06/2019, IS GRANTED. ATTORNEY WALLACE WILL CONTINUE TO REPRESENT THE PLAINTIFFS. NOTICE ISSUED | 📄 |
| 02/06/19 | P | MO | MOTION TO WITHDRAW AS COUNSEL MOTION TO WITHDRAW AS PLAINTIFFS' ATTORNEY 02/07/2019 - GRANTED | 📄 |
| 02/04/19 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 02/04/19 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 02/04/19 | D3 | CS | WRIT FEE | |
| 02/04/19 | D3 | SR | SUMS COMPLAINT(37686730) SENT BY FEDERAL EXPRESS. TO: ANTONIO NOGUEIRA 602 NW 13TH STREET NO. 34 BOCA RATON, FL 33486 | 📄 |
| 02/04/19 | D2 | CS | WRIT FEE | |
| 02/04/19 | D2 | SR | SUMS COMPLAINT(37686729) SENT BY FEDERAL EXPRESS. TO: EML EXPRESS, INC 8 S STREET HULL, MA 02045 | 📄 |
| 02/04/19 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 02/04/19 | D1 | CS | WRIT FEE | |
| 02/04/19 | D1 | SR | SUMS COMPLAINT(37686728) SENT BY FEDERAL EXPRESS. TO: ANJ, LLC 784 SECOND STREET FALL RIVER, MA 02721 | 📄 |
| 01/30/19 | N/A | SF | JUDGE MAUREEN CLANCY ASSIGNED (RANDOM) | |
| 01/30/19 | P1 | SF | LEGAL RESEARCH | |
| 01/30/19 | P1 | SF | LEGAL NEWS | |
| 01/30/19 | P1 | SF | LEGAL AID | |
| 01/30/19 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 01/30/19 | P1 | SF | COMPUTER FEE | |
| 01/30/19 | P1 | SF | CLERK'S FEE | |
| 01/30/19 | P1 | SF | DEPOSIT AMOUNT PAID ERIC W TAYFEL | |
| 01/30/19 | N/A | SF | CASE FILED: COMPLAINT | 📄 |

Copyright © 2019 PROWARE. All Rights Reserved. 1.1.677b





**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed:**
**January 30, 2019 13:33**

By: ERIC W. TAYFEL 0068222

Confirmation Nbr. 1612517

DENNIS J SCHMITT, ET AL                              CV 19 910339

vs.

ANJ, LLC, ET AL                              **Judge:** MAUREEN CLANCY

**Pages Filed:** 5

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

**DENNIS J. SCHMITT**
**52 Diebold Road**
**McKees Rocks, PA 15136**

Case No.

Hon.

and

**DIANE SCHMITT**
**52 Diebold Road**
**McKees Rocks, PA 15136**

  Plaintiffs,

vs.

**ANJ, LLC**
**784 Second Street**
**Fall River, MA 02721**

and

**EML EXPRESS, INC.**
**8 S Street**
**Hull, MA 02045-1503**

and

**ANTONIO NOGUEIRA**
**602 N.W. 13th Street, No. 34**
**Boca Raton, FL 33486**

  Defendants.

<u>COMPLAINT</u>
(Jury Demand Endorsed Herein)

  NOW come Plaintiffs, Dennis and Diane Schmitt, and for their Complaint against

Defendants ANJ, LLC (hereafter Defendant ANJ), Defendant EML Express, Inc. (hereafter

Defendant EML) and Defendant Antonio Nogueira (hereafter Defendant Nogueira) state as

follows:

1.  Plaintiffs Dennis Schmitt and Diane Schmitt were at all times relevant herein, private citizens and residents of the City of McKees Rocks, Allegheny County, in the Commonwealth of Pennsylvania.

2.  Defendant ANJ was at all times herein, a foreign, for profit corporation, with its principle place of business being located at 784 Second Street, Fall River, Massachusetts.

3.  Defendant EML was at all times relevant herein, a foreign, for profit corporation, with its principle place of business being located at 8 S Street, Hull Massachusetts.

4.  Defendant Nogueira is a private citizen and upon information and belief is a resident of the City of Boca Raton, in the State of Florida.

5.  At all times relevant herein, Defendant Nogueira was an employee and/or agent of Defendant ANJ and/or Defendant EML.

6.  On January 30, 2017, Plaintiff Dennis Schmitt was operating a 2008 International box truck on I-271 south in the City of Bedford Heights, Cuyahoga County, Ohio.

7.  At all times relevant herein, Plaintiff Dennis Schmitt was operating his vehicle in a safe and lawful manner.

8.  At that same date, time and location, Defendant Nogueira was operating a tractor trailer and was also traveling on I-271 southbound.

9.  When it was to the left of the Schmitt vehicle, the tractor trailer attempted to change lanes to the right. When it attempted to do so, it struck the vehicle driven by Plaintiff Dennis Schmitt, causing the Schmitt vehicle to be forced from the roadway, before ultimately crashing into a concrete barrier.

10. The crash was a direct result of the negligence of Defendant Nogueira, Defendant ANJ and/or Defendant EML. That negligence includes, but is not limited to:

    (a) Failing to keep a proper lookout;

    (b) Failing to properly control the tractor trailer;

    (c) Failing to maintain travel in a designated lane;

    (d) Failing to yield the right of way to the vehicle carrying Plaintiff Dennis Schmitt;

    (e) Failing to properly signal a lane change;

    (f) Failing to safely change lanes;

    (g) Such other negligence as may be developed during the course of discovery.

11. Following the impact with the vehicle operated by Plaintiff Dennis Schmitt, Defendant Nogueira recklessly fled the scene off the accident. It was only later that a passerby was able to chase down Defendant Nogueira and obtain his information.

12. Fleeing the scene of an accident is a reckless act, which entitles Plaintiffs to punitive damages.

13. As a direct and proximate result of the crash, Plaintiff Dennis Schmitt suffered physical injuries, some of which are permanent in nature. These injuries include strain/sprain of the cervical spine, cervical radiculopathy, fractured and bruised ribs, tear of the rotator cuff, strain/sprain of the shoulder, strain/sprain of the low back and a concussion.

14. Plaintiff has incurred medical expenses in excess of $56,000.00 as a direct and proximate result of the crash.

15. Plaintiff Dennis Schmitt's injuries have caused, and will continue to cause, Plaintiff Dennis Schmitt pain, anguish, loss of the ability to perform his usual daily functions and a loss of enjoyment of life.

16. Plaintiff Dennis Schmitt has suffered a loss of income and will continue to suffer a loss of income in the future, due to his permanent injuries.

17. All the harms and losses suffered by Plaintiff Dennis Schmitt, as set forth above, are the direct and proximate result of the negligence and/or recklessness of Defendant ANJ, Defendant EML and/or Defendant Nogueira.

18. As the employer or principle of their agents or employees, Defendant ANJ and Defendant EML are responsible for the negligent and/or reckless acts of their employees or agents.

19. At all times relevant herein, Plaintiff Diane Schmitt has been the lawfully wedded to Plaintiff Dennis Schmitt.

20. As a direct and proximate result of Defendants' actions and inactions as set forth above, Plaintiff Diane Schmitt has sustained the loss of her husband's consortium, including the loss of his society, services, affection and relations.

**WHEREFORE,** Plaintiffs respectfully request the Court award compensatory and punitive damages against Defendant ANJ, LLC, Defendant EML Express, Inc. and Defendant Antonio Nogueira, jointly and severally, in an amount sufficient to satisfy the jurisdictional limits of this Court and to fully and fairly compensate Plaintiffs for their harms and losses set forth herein. Plaintiffs further pray for their attorney's fees, costs and for such other relief as this Court deems just and proper.

Respectfully submitted,

/s/Christopher J. Wallace

CHRISTOPHER J. WALLACE (0065561)
The Wallace Firm, PLLC
3350 Pennsylvania Avenue, Suite B
PO Box 2100
Weirton WV 26062
T: (855) 530-9300/F: (888) 502-8391
cwallace@wallace-firm.com
Attorney for Plaintiffs

/s/ Eric W. Tayfel

ERIC W. TAYFEL ESQ (0068222)
Tayfel & Associates, LLC
1360 West 9th Street, Suite 310
Cleveland, Ohio 44113
T: (216) 443-0550/F: (216) 443-0558
ctayfel@tayfellaw.com
Attorney for Plaintiff

## JURY DEMAND

A Jury Demand is Endorsed Herein.

/s/ Christopher J. Wallace

CHRISTOPHER J. WALLACE ESQ (0065561)

And

/s/ Eric W. Tayfel

ERIC W. TAYFEL ESQ (0068222)
Attorney for Plaintiff

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV19910339 | D1 FX | 37686728 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

DENNIS J SCHMITT, ET AL       **PLAINTIFF**
                    **VS**
      ANJ, LLC, ET AL       **DEFENDANT**

# SUMMONS

ANJ, LLC
784 SECOND STREET
FALL RIVER MA 02721

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

### Said answer is required to be served on:



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

CHRISTOPHER J WALLACE
THE WALLACE FIRM, PLLC

P.O. BOX 2100
WEIRTON, WV 26062-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

### Case has been assigned to Judge:

MAUREEN CLANCY
**Do not contact judge. Judge's name is given for
attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT |
|---|
| Feb 4, 2019 |

By_____
                    Deputy

COMPLAINT FILED    01/30/2019

SN130



February 8,2019

Dear Customer:

The following is the proof-of-delivery for tracking number **785300336760**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | M.DIMETRE | Delivery location: | 784 2ND ST |
| | | | FALL RIVER, MA 02721 |
| Service type: | FedEx Express Saver | Delivery date: | Feb 7, 2019 11:23 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 785300336760 | Ship date: | Feb 4, 2019 |
| | | Weight: | 0.5 lbs/0.2 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ANJ, LLC | CCoC |
| 784 SECOND STREET | 1200 Ontario |
| FALL RIVER, MA 02721 US | Cleveland, OH 44113 US |
| **Reference** | CV19910339 |
| **Invoice number** | 37686728 |

Thank you for choosing FedEx.

| CASE NO. CV19910339 | D2 FX | SUMMONS NO. 37686729 |
|---|---|---|

CLEVELAND, OHIO 44113

Rule 4 (B) Ohio

Rules of Civil Procedure

DENNIS J SCHMITT, ET AL **PLAINTIFF**
vs
ANJ, LLC, ET AL **DEFENDANT**

# SUMMONS

EML EXPRESS, INC
8 S STREET
HULL MA 02045

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plaintiff's Attorney

CHRISTOPHER J WALLACE
THE WALLACE FIRM, PLLC

P.O. BOX 2100
WEIRTON, WV 26062-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

MAUREEN CLANCY
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT Feb 4, 2019 | By_____ Deputy |
|---|---|

COMPLAINT FILED   01/30/2019



SN130



February 9,2019

Dear Customer:

The following is the proof-of-delivery for tracking number **785300337907**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Residence |
| Signed for by: | C.LONG | Delivery location: | 8 S ST |
| | | | HULL, MA 02045 |
| Service type: | FedEx Express Saver | Delivery date: | Feb 8, 2019 10:52 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 785300337907 | Ship date: | Feb 4, 2019 |
| | | Weight: | 0.5 lbs/0.2 kg |

| Recipient: | Shipper: |
|---|---|
| EML EXPRESS, INC | CCoC |
| 8 S STREET | 1200 Ontario |
| HULL, MA 02045 US | Cleveland, OH 44113 US |

| Reference | CV19910339 |
|---|---|
| Invoice number | 37686729 |

Thank you for choosing FedEx.

| CASE NO.<br>CV19910339 | D3 FX | SUMMONS NO.<br>37686730 |
|---|---|---|

Rule 4 (B) Ohio

Rules of Civil
Procedure

DENNIS J SCHMITT, ET AL **PLAINTIFF**

VS

ANJ, LLC, ET AL **DEFENDANT**

# SUMMONS

ANTONIO NOGUEIRA
602 NW 13TH STREET NO. 34
BOCA RATON FL 33486

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plaintiff's Attorney

CHRISTOPHER J WALLACE
THE WALLACE FIRM, PLLC

P.O. BOX 2100
WEIRTON, WV 26062-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

MAUREEN CLANCY
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT<br>Feb 4, 2019 | By_____<br>Deputy |
|---|---|

COMPLAINT FILED    01/30/2019

SN130

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **DENNIS SCHMITT, et al.** | ) | **CASE NO:  CV 19 910339** |
| | ) | |
| **Plaintiff** | ) | **JUDGE MAUREEN CLANCY** |
| | ) | |
| **ANJ, LLC, et al.** | ) | **MOTION TO WITHDRAW AS** |
| | ) | **PLAINTIFFS' ATTORNEY** |
| **Defendants.** | ) | |

Now comes Eric W. Tayfel co-counsel for Plaintiffs Dennis J. Schmitt and Diane Schmitt

to request this Honorable Court approve his *Motion To Withdraw* as counsel for Plaintiffs

as his co-counsel Christopher Wallace is prepared to continue as the sole attorney of record.

Further, the undersigned certifies that Plaintiffs are in agreement and remain informed of any

orders and upcoming assignment dates in this matter as required by Mr. Wallace.

Respectfully Submitted,

ERIC W. TAYFEL, ESQ. (0068222)
Tayfel & Associates, LLC
1360 W. 9th Street, Suite 310
Cleveland, Ohio 44113
T: (216) 443-0550/F: (216) 443-0558
etayfel@tayfellaw.com

## CERTIFICATE OF SERICE

A copy of the foregoing ***Motion To Withdraw As Plaintiffs' Attorney*** was sent this 6th
day of February, 2019 via e-mail to: Christopher Wallace, The Wallace Firm, PLLC, 3350
Pennsylvania Avenue, Suite B, PO Box 2100, Weirton WV 26062
cwallace@wallace-firm.com and via regular US Mail, postage pre-paid, to:  ANJ, LLC, 784
Second Street, Fall River MA 02721; EML Express, Inc., 8 S Street, Hull MA 02045-1503 and
Antonio Nogueira, 602 N.W. 13th Street No. 34, Boca Raton FL 33486.

ERIC W. TAYFEL, ESQ. (0068222)

SUMMONS IN A CIVIL ACTION COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV19910339 | D2 FX | 37686729 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

DENNIS J SCHMITT, ET AL **PLAINTIFF**
VS
ANJ, LLC, ET AL **DEFENDANT**

**SUMMONS**

EML EXPRESS, INC
8 S STREET
HULL MA 02045

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to
answer the complaint within 28 days after service
of this summons upon you, exclusive of the day of
service.

**Said answer is required to be served on:**

Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

Plantiff's Attorney

CHRISTOPHER J WALLACE
THE WALLACE FIRM, PLLC

P.O. BOX 2100
WEIRTON, WV 26062-0000

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

MAUREEN CLANCY
Do not contact judge. Judge's name is given for
attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas

| DATE SENT | |
|---|---|
| Feb 4, 2019 | By_____ |
| | Deputy |

COMPLAINT FILED   01/30/2019





**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

**Court of Common Pleas**

**New Case Electronically Filed:**
**January 30, 2019 13:33**

By: ERIC W. TAYFEL 0068222

Confirmation Nbr. 1612517

DENNIS J SCHMITT, ET AL                    CV 19 910339

vs.

ANJ, LLC, ET AL                    **Judge:**  MAUREEN CLANCY

Pages Filed:  5

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

DENNIS J. SCHMITT
52 Diebold Road
McKees Rocks, PA 15136

Case No.

Hon.

and

DIANE SCHMITT
52 Diebold Road
McKees Rocks, PA 15136

     Plaintiffs,

vs.

ANJ, LLC
784 Second Street
Fall River, MA 02721

and

EML EXPRESS, INC.
8 S Street
Hull, MA 02045-1503

and

ANTONIO NOGUEIRA
602 N.W. 13th Street, No. 34
Boca Raton, FL 33486

     Defendants.

<u>COMPLAINT</u>
(Jury Demand Endorsed Herein)

NOW come Plaintiffs, Dennis and Diane Schmitt, and for their Complaint against

Defendants ANJ, LLC (hereafter Defendant ANJ), Defendant EML Express, Inc. (hereafter

Defendant EML) and Defendant Antonio Nogueira (hereafter Defendant Nogueira) state as

follows:

1.   Plaintiffs Dennis Schmitt and Diane Schmitt were at all times relevant herein, private citizens and residents of the City of McKees Rocks, Allegheny County, in the Commonwealth of Pennsylvania.

2.   Defendant ANJ was at all times herein, a foreign, for profit corporation, with its principle place of business being located at 784 Second Street, Fall River, Massachusetts.

3.   Defendant EML was at all times relevant herein, a foreign, for profit corporation, with its principle place of business being located at 8 S Street, Hull Massachusetts.

4.   Defendant Nogueira is a private citizen and upon information and belief is a resident of the City of Boca Raton, in the State of Florida.

5.   At all times relevant herein, Defendant Nogueira was an employee and/or agent of Defendant ANJ and/or Defendant EML.

6.   On January 30, 2017, Plaintiff Dennis Schmitt was operating a 2008 International box truck on I-271 south in the City of Bedford Heights, Cuyahoga County, Ohio.

7.   At all times relevant herein, Plaintiff Dennis Schmitt was operating his vehicle in a safe and lawful manner.

8.   At that same date, time and location, Defendant Nogueira was operating a tractor trailer and was also traveling on I-271 southbound.

9.   When it was to the left of the Schmitt vehicle, the tractor trailer attempted to change lanes to the right. When it attempted to do so, it struck the vehicle driven by Plaintiff Dennis Schmitt, causing the Schmitt vehicle to be forced from the roadway, before ultimately crashing into a concrete barrier.

10. The crash was a direct result of the negligence of Defendant Nogueira, Defendant ANJ and/or Defendant EML. That negligence includes, but is not limited to:

(a) Failing to keep a proper lookout;

(b) Failing to properly control the tractor trailer;

(c) Failing to maintain travel in a designated lane;

(d) Failing to yield the right of way to the vehicle carrying Plaintiff Dennis Schmitt;

(e) Failing to properly signal a lane change;

(f) Failing to safely change lanes;

(g) Such other negligence as may be developed during the course of discovery.

11. Following the impact with the vehicle operated by Plaintiff Dennis Schmitt, Defendant Nogueira recklessly fled the scene off the accident. It was only later that a passerby was able to chase down Defendant Nogueira and obtain his information.

12. Fleeing the scene of an accident is a reckless act, which entitles Plaintiffs to punitive damages.

13. As a direct and proximate result of the crash, Plaintiff Dennis Schmitt suffered physical injuries, some of which are permanent in nature. These injuries include strain/sprain of the cervical spine, cervical radiculopathy, fractured and bruised ribs, tear of the rotator cuff, strain/sprain of the shoulder, strain/sprain of the low back and a concussion.

14. Plaintiff has incurred medical expenses in excess of $56,000.00 as a direct and proximate result of the crash.

15. Plaintiff Dennis Schmitt's injuries have caused, and will continue to cause, Plaintiff Dennis Schmitt pain, anguish, loss of the ability to perform his usual daily functions and a loss of enjoyment of life.

16. Plaintiff Dennis Schmitt has suffered a loss of income and will continue to suffer a loss of income in the future, due to his permanent injuries.

17. All the harms and losses suffered by Plaintiff Dennis Schmitt, as set forth above, are the direct and proximate result of the negligence and/or recklessness of Defendant ANJ, Defendant EML and/or Defendant Nogueira.

18. As the employer or principle of their agents or employees, Defendant ANJ and Defendant EML are responsible for the negligent and/or reckless acts of their employees or agents.

19. At all times relevant herein, Plaintiff Diane Schmitt has been the lawfully wedded to Plaintiff Dennis Schmitt.

20. As a direct and proximate result of Defendants' actions and inactions as set forth above, Plaintiff Diane Schmitt has sustained the loss of her husband's consortium, including the loss of his society, services, affection and relations.

**WHEREFORE,** Plaintiffs respectfully request the Court award compensatory and punitive damages against Defendant ANJ, LLC, Defendant EML Express, Inc. and Defendant Antonio Nogueira, jointly and severally, in an amount sufficient to satisfy the jurisdictional limits of this Court and to fully and fairly compensate Plaintiffs for their harms and losses set forth herein. Plaintiffs further pray for their attorney's fees, costs and for such other relief as this Court deems just and proper.

Respectfully submitted.


/s/Christopher J. Wallace
CHRISTOPHER J. WALLACE (0065561)
The Wallace Firm, PLLC
3350 Pennsylvania Avenue, Suite B
PO Box 2100
Weirton WV 26062
T: (855) 530-9300/F: (888) 502-8391
cwallace@wallace-firm.com
Attorney for Plaintiffs


/s/ Eric W. Tayfel
ERIC W. TAYFEL ESQ (0068222)
Tayfel & Associates, LLC
1360 West 9th Street, Suite 310
Cleveland, Ohio 44113
T: (216) 443-0550/F: (216) 443-0558
etayfel@tayfellaw.com
Attorney for Plaintiff


## JURY DEMAND

A Jury Demand is Endorsed Herein.


/s/ Christopher J. Wallace
CHRISTOPHER J. WALLACE ESQ (0065561)

And

/s/ Eric W. Tayfel
ERIC W. TAYFEL ESQ (0068222)
Attorney for Plaintiff

Motion No. <u>4751992</u>



## NAILAH K. BYRD
### CUYAHOGA COUNTY CLERK OF COURTS
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

### MOTION TO WITHDRAW AS COUNSEL
### February 6, 2019 16:18

By: ERIC W. TAYFEL 0068222

Confirmation Nbr. 1618780

DENNIS J SCHMITT, ET AL

vs.

ANJ, LLC, ET AL

CV 19 910339

**Judge:**  MAUREEN CLANCY

**Pages Filed:**  1

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **DENNIS SCHMITT, et al.** | ) | CASE NO:  CV 19 910339 |
| | ) | |
| **Plaintiff** | ) | **JUDGE MAUREEN CLANCY** |
| | ) | |
| **ANJ, LLC, et al.** | ) | **MOTION TO WITHDRAW AS** |
| | ) | **PLAINTIFFS' ATTORNEY** |
| **Defendants.** | ) | |

Now comes Eric W. Tayfel co-counsel for Plaintiffs Dennis J. Schmitt and Diane Schmitt

to request this Honorable Court approve his *Motion To Withdraw* as counsel for Plaintiffs

as his co-counsel Christopher Wallace is prepared to continue as the sole attorney of record.

Further, the undersigned certifies that Plaintiffs are in agreement and remain informed of any

orders and upcoming assignment dates in this matter as required by Mr. Wallace.

Respectfully Submitted,

ERIC W. TAYFEL, ESQ. (0068222)
Tayfel & Associates, LLC
1360 W. 9th Street, Suite 310
Cleveland, Ohio 44113
T: (216) 443-0550/F: (216) 443-0558
etayfel@tayfellaw.com

## CERTIFICATE OF SERICE

A copy of the foregoing *Motion To Withdraw As Plaintiffs' Attorney* was sent this 6th
day of February, 2019 via e-mail to: Christopher Wallace, The Wallace Firm, PLLC, 3350
Pennsylvania Avenue, Suite B, PO Box 2100, Weirton WV 26062
cwallace@wallace-firm.com and via regular US Mail, postage pre-paid, to:  ANJ, LLC, 784
Second Street, Fall River MA 02721; FML Express, Inc., 8 S Street, Hull MA 02045-1503 and
Antonio Nogueira, 602 N.W. 13th Street No. 34, Boca Raton FL 33486.

ERIC W. TAYFEL, ESQ. (0068222)



107359981

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

DENNIS J SCHMITT, ET AL
    Plaintiff

Case No: CV-19-910339

Judge: MAUREEN CLANCY

ANJ, LLC, ET AL
    Defendant

## **JOURNAL ENTRY**

ATTORNEY TAYFEL'S MOTION TO WITHDRAW AS PLAINTIFFS' ATTORNEY, FILED 02/06/2019, IS GRANTED.
ATTORNEY WALLACE WILL CONTINUE TO REPRESENT THE PLAINTIFFS.

_____
Judge Signature                02/07/2019

02/07/2019



### NAILAH K. BYRD
### CUYAHOGA COUNTY CLERK OF COURTS
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

### NOTICE OF APPEARANCE
### February 19, 2019 13:17

By: JORDAN C. HETTRICH 0091744

Confirmation Nbr. 1629470

| | |
|---|---|
| DENNIS J SCHMITT, ET AL | CV 19 910339 |
| vs. | |
| ANJ, LLC, ET AL | **Judge:** MAUREEN CLANCY |

**Pages Filed:** 2

**IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO**

DENNIS J. SCHMITT and DIANE SCHMITT,

                Plaintiffs,

vs.

ANJ,LLC, EML EXPRESS, INC., and ANTONIO NOGUEIRA,

                Defendants.

CIVIL ACTION NO.: CV 19 910339

**<u>JURY TRIAL DEMANDED HEREIN</u>**

**<u>ENTRY OF APPEARANCE</u>**

Kindly enter the appearance of John T. Pion, Esquire, Jordan C. Hettrich, Esquire and Pion, Nerone, Girman, Winslow & Smith, P.C., on behalf of Defendants, ANJ, LLC, EML Express, Inc., and Antonio Nogueira, in the above matter.

        PION, NERONE, GIRMAN, WINSLOW
         & SMITH, P.C.

        By: /s/ Jordan C. Hettrich
           John T. Pion, Esq.
           OHSB #70722
           Jordan C. Hettrich, Esq.
           OHSB #91744

        1500 One Gateway Center
        Pittsburgh PA 15222
        412-281-2288
        jpion@pionlaw.com
        Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Jordan C. Hettrich, hereby certify that a true and correct copy of the foregoing ENTRY

OF APPEARANCE was served upon counsel of record by electronic mail, this 19th day of

February, 2019, as follows:

Christopher J. Wallace, Esquire
The Wallace Firm, PLLC
3350 Pennsylvania Avenue, Suite B
P.O. Box 2100
Weirton, WV  26062
cwallace@wallace-firm.com
*Counsel for Plaintiffs*

PION, NERONE, GIRMAN, WINSLOW
& SMITH, P.C.

By: /s/ Jordan C. Hettrich
    John T. Pion, Esq.
    OHSB #70722
    Jordan C. Hettrich, Esq.
    OHSB #91744