UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS J. SCHMITT, et al., | ) | Case No. 1:19 CV 493 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| ANJ, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel  has notified the Court that above captioned case has been dismissed with

prejudice.  Parties may file any additional documentation evidencing the settlement within thirty

days.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: ___May 2, 2019_____